UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS MONTEFUSCO,

Plaintiff,

v.

WILLIAMS-SONOMA, INC.,

Defendant.

Case No. 25-cv-08805-JSC

**PRETRIAL ORDER NO. 1: CASE SCHEDULE THROUGH CLASS CERTIFICATION**

Following the January 21, 2026 initial case management conference, the Court ORDERS the following deadlines:

- Motion for Conditional Certification (FLSA): April 3, 2026
- Opposition to Conditional Certification Motion: April 17, 2026
- Conditional Certification Motion Reply: April 24, 2026
- Hearing on Conditional Certification Motion: May 14, 2026 at 10:00 a.m.
- Motion for Class Certification (Rule 23): January 15, 2027
- Class Certification Opposition: March 15, 2027
- Class Certification Reply: April 15, 2027
- Class Certification Hearing: May 20, 2027 at 10:00 a.m.

Discovery is not stayed. The Court sets a further case management conference for July 8, 2026 at 2:00 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance. The Court will be especially interested in the parties' ADR discussions.

\\

\\

\\

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: January 22, 2026

JACQUELINE SCOTT CORLEY
United States District Judge